UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-61282-SMITH/VALLE

RIGOBERTO SERRANO, *and
other similarly situated individuals*,

    Plaintiff,

v.

TWIN STONE DESIGNS AND
INSTALLATION, INC., *et al.,*

    Defendants.

_____/

## ORDER SETTING SETTLEMENT CONFERENCE IN FLSA CASE

THIS CAUSE is before the Court upon United States District Judge Rodney Smith's Order referring the case to the undersigned for an early settlement conference. *See* (ECF No. 7).

Accordingly, a settlement conference will be held on **Tuesday, November 17, 2020 at 10:00 a.m.** Due to the COVID-19 pandemic, the conference will be conducted remotely by video or telephone conferencing. The day before the conference, the Court will advise the parties of the selected method to conduct the proceedings. **ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS MUST PARTICIPATE WITH FULL AUTHORITY TO SETTLE THIS ACTION**. All attendees should allocate a minimum of three hours for the conference.

By **Monday, November 9, 2020**, each party shall: (i) file a certificate of compliance confirming that all documents supporting the claims and defenses, including time sheets, pay stubs, etc., have been exchanged and reviewed; and (ii) email (not file) a Confidential Settlement Conference Statement to Judge Valle at valle@flsd.uscourts.gov. Each Statement shall not exceed five (5) double-spaced pages. Plaintiff's Confidential Settlement Statement must also specify

counsel's hours, billing rate(s), total attorney's fees, and costs incurred through the date of the submission, including billing records to support the fees and costs incurred.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Florida, on September 25, 2020.

                                                                              _____
                                                                              ALICIA O. VALLE
                                                                              UNITED STATES MAGISTRATE JUDGE

cc: U.S. District Judge Rodney Smith
     All Counsel of Record