UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:20-cv-61282-RS

RIGOBERTO SERRANO, individually and on
behalf of all others similarly situated,

    Plaintiff,
vs.

TWIN STONE DESIGNS AND
INSTALLATION, INC., MAYRA
PARENTE individually and PLINIO
IGNACIO MEDINA, individually,

    Defendants.
_____/

## DEFENDANTS' CERTIFICATE OF COMPLIANCE

Defendants, TWIN STONE DESIGNS AND INSTALLATION, INC., MAYRA PARENTE, and PLINIO IGNACIO MEDINA, by and through the undersigned attorneys and pursuant to this Court's Order Setting Settlement Conference in FLSA Case dated September 25, 2020 [ECF No. 23], and its Paperless Order Rescheduling Settlement Conference [ECF No. 26], hereby file this Certificate of Compliance and confirm that all documents supporting their defenses, including invoices, pay records, and pay report have been produced to Plaintiff's counsel.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of October 2020, the foregoing document is being served, via electronic mail, on all counsel of record.

**TRIPP SCOTT, P.A.**
*Attorneys for Defendants*
110 Southeast Sixth Street, 15th Floor
Fort Lauderdale, Florida  33301
Telephone:  954- 525-7500
Facsimile:   954- 761-8475

By */s/  Catalina M. Avalos*
**CATALINA M. AVALOS**
Florida Bar Number 090425
**SARAH M. LEON**
Florida Bar Number 1011028
Primary: eservice@trippscott.com
Secondary: cma@trippscott.com,
sml@trippscott.com; sgc@trippscot.com