**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-61282-CIV-SMITH**

RIGOBERTO SERRANO, and other similarly
situated individuals,

        Plaintiff,

v.

TWIN STONE DESIGNS AND
INSTALLATION, INC., *et al.*,

        Defendants.

_____/

**ORDER OF REFERENCE**

      This cause is before the Court on the parties' Consent to Proceed Before a United States Magistrate Judge [DE 36], in which the parties consent to have a United States Magistrate Judge conduct all further proceedings in this matter, including trial and entry of a final judgment. Upon consideration, it is hereby

      **ORDERED** that this matter is referred to United States Magistrate Judge Valle for all further proceedings.

      DONE and ORDERED in Fort Lauderdale, Florida, this 6th day of November, 2020.

                                                  _____
                                                  RODNEY SMITH
                                                  UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record