UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No.: 20-61282-CIV-VALLE

RIGOBERTO SERRANO, and other similarly situated individuals,

                   Plaintiff,

v.

TWIN STONE DESIGNS AND INSTALLATION, INC. (*et al.*),

                   Defendants.

## STIPULATION OF DISMISSAL WITH RETENTION OF JURISDICTION

Plaintiff, RIGOBERTO SERRANO ("Plaintiff"), and Defendants, TWIN STONE DESIGNS AND INSTALLATION, INC., MAYRA PARENTE and PLINIO IGNACIO MEDINA (collectively, "Defendants"), hereby jointly file this stipulation of dismissal with retention of jurisdiction subject to the following provisions:

1.    The parties stipulate that all claims brought herein by Plaintiff against Defendants shall be dismissed with prejudice contingent upon the Court retaining jurisdiction to enforce the terms of the Settlement Agreement signed by the parties.  *See Anago Franchising, Inc. v. Shaz, LLC,* 677 F.3d 1272, 1280 (11th Cir. 2012).

2.    Each party is to bear its/his/her own attorney's fees and costs, except as specified in the parties' settlement agreement.

Dated: November 30, 2020.

1

**Yadhira Ramírez-Toro**
Yadhira Ramírez-Toro (FBN: 120506)
Email: yramirez@saenzanderson.com
SAENZ & ANDERSON, PLLC
20900 NE 30th Avenue, Ste. 800
Aventura, Florida, 33180
Telephone: (305) 503-5131
Facsimile: (888) 270-5549
*Counsel for Plaintiff*

**TRIPP SCOTT, PA**
110 SE 6th Street, 15th Floor
Fort Lauderdale, Florida 33301
Tel. 954-525-7500
Fax. 954-761-8475

**Catalina M. Avalos**
CATALINA M. AVALOS
Florida Bar Number 090425
cma@trippscott.com
sgc@trippscott.com
eservice@trippscott.com
SARAH M. LEON
Florida Bar Number 1011028
sml@trippscott.com
*Counsel for Defendant*